**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| KERRY BERN,<br>*Plaintiff,*<br>v.<br>GEOVANYS PAINTING, LLC,<br>*Defendant.* | ) | No. 1:25-cv-1205 (PTG/WEF) |

**ORDER**

This matter comes before the Court on the September 18, 2026 Report and Recommendation ("R&R") from Magistrate Judge William E. Fitzpatrick regarding Plaintiff's Motion for Default Judgment as to Defendant Geovanys Painting, LLC. Dkt. 11. Judge Fitzpatrick advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. *Id.* at 21. To date, no objections have been filed.

Having conducted a de novo review of the record, the Court **APPROVES** and **ADOPTS** the findings of the Magistrate Judge in full, as follows.

It is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 11) is **GRANTED**; it is further

**ORDERED** that judgment is **ENTERED** by default in favor of Plaintiff and against

Defendant Geovanys Painting, LLC in the total sum of $1,050,[1] plus additional interest accruing between November 20, 2024, and the satisfaction of the unpaid judgment. It is further

**ORDERED** that Defendant and Defendant's employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all persons in active concert and/or participation with any of them are permanently enjoined from:

(a) directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from Plaintiff's copyrighted photographs or to participate or assist in any such activity; and

(b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photograph owned by Plaintiff.

It is further

**ORDERED** that Plaintiff is awarded reasonable attorney's fees in the amount of $4,152.50, and costs in the amount of $777.68, totaling $4,930.18.

This Court shall maintain jurisdiction of the case for the purpose of enforcing this Order. If Defendant fails to comply with any of the terms of this Order, Plaintiff may, in addition to pursuing the remedies provided under Fed. R. Civ. P. 69, reopen this case upon motion to this Court and notice to the Defendant, and may, at that time, ask for further appropriate monetary and/or injunctive relief, including any additional reasonable attorneys' fees and costs incurred in

[1] The total sum of $1,050 represents statutory damages consisting of Plaintiff's licensing fee of $350 multiplied by three.

connection with this case, such as, those incurred to enforce and collect on this judgment.

The Clerk of Court is directed to enter judgment in favor of Plaintiff, and against Defendant, as set forth above, pursuant to Federal Rule of Civil Procedure 55. The Clerk is further directed to forward a copy of this Order to all parties of record.

To appeal this decision, Defendant must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order Defendant wants to appeal. Defendant need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives Defendant's right to appeal this decision.

Entered this 10th day of November, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge